

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00502-CR

| | | |
|---|---|---|
| FORTINO GALLEGOS, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1418532D) |
| V. | § | August 26, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment adjudicating guilt to delete $15 from the $70 imposed reparations. We additionally modify the incorporated order to withdraw funds to delete $15 from the incurred "[c]ourt costs, fees and/or fines and/or restitution," for a remaining total of $55. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack